UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAKIT TSUI,<br><br>        Plaintiff,<br><br>    v.<br><br>CELSO J. SANCHEZ, and FRANCES R. SANCHEZ,<br><br>        Defendants. | Case No. 15-cv-03189 NC<br><br>**REPORT AND RECOMMENDATION TO REMAND TO STATE COURT; REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE**<br><br>Re: Dkt. No. 6 |
|---|---|

On July 24, 2015, the Court ordered pro se defendants Celso J. Sanchez and Frances R. Sanchez to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction. The Court gave defendants until August 13, 2015, to respond to the Order to Show Cause; otherwise, the Court would remand the action to state court. Dkt. No. 6 at 3. Defendants have failed to respond.

Accordingly, the Court recommends that the district court remand this case to the Superior Court of California for the County of Santa Clara.

While plaintiff Kakit Tsui consented to the jurisdiction of a magistrate judge, Dkt. No. 8, defendants have not. 28 U.S.C. § 636(c). Because the undersigned magistrate judge lacks jurisdictional authority, the clerk must reassign this case to a district court judge. Any party may object to the recommendation to remand within 14 days. Fed. R. Civ. P. 72.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-03189 NC